UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

In re:   Jerry M. Tussing                                                                    Case 10-34555-KLP
        Sandra B. Tussing                                                                 Chapter 13
                Debtors

## ORDER ALLOWING SALE OF REAL PROPERTY

The Debtors, Jerry M. Tussing and Sandra B. Tussing, by counsel, having requested that the Court approve the sale of real property located at 5324 Thornington Drive, Richmond VA 23237 which is in Chesterfield County, free and clear of liens as set forth in the Motion filed on April 16, 2014; the Chapter 13 trustee having provided a payoff in the case of approximately $3,000.00, and no party in interest having objected to the sale of the property, the Motion is GRANTED and it is hereby

ORDERED that the Debtors can sell free and clear of liens the property located at 5324 Thornington Drive, Richmond VA 23237 which is in Chesterfield County, which is more specifically described as:

> "All that certain lot, piece or parcel of land, with all improvements thereon and appurtenances thereto belonging, lying and being in the County of Chesterfield Virginia and shown and designated as Lot 5 on Subdivision Plat of Centralia Gardens, recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia in Plat Book 28, page 4, and to which reference is hereby made for a more particular description.  Tax Map Number 78166512510000"

And it is further

ORDERED that prior to closing an estimated HUD-1 settlement statement will be provided to Jeanne E. Hovenden, Counsel for the Debtors, by fax to 804-796-6775 or by email to jehattorney@gmail.com and to Carl M. Bates, Chapter 13 Trustee, by fax to 804-237-6801; and it is further

Jeanne E. Hovenden, VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355, fax 804-796-6775
jehattorney@gmail.com

ORDERED THAT the proceeds are to be paid as follows:

    a.    U.S. Bank, N.A.'s mortgage will be paid in full;

    b.    all normal and usual closing costs assigned to the Debtors will be paid from the funds at closing, including but not limited to realtors' commission, local taxes, deed preparation fees, and any repair costs not yet paid that were required for the buyers to obtain their mortgage; and it is further

    c.    Funds totaling, $3,000.00 will be paid to Trustee Carl M. Bates at P.O. Box 1433, Memphis TN 38101-1433, WITH THE NOTATION THAT THESE FUNDS ARE FOR CASE NUMBER 10-34555-KLP; and

    d.    Counsel for the Debtors legal fees of $500.00 for the preparation and presentation of the Motion to Sell will be paid through closing so that no additional fee application and associated mailing costs are needed to provide payment to Counsel for the Debtors; and it is further

ORDERED that the Debtors may execute all documents necessary to convey the real property.

The Clerk's office will send a copy of this order to all parties on the service list.

Date:  Apr 24 2014

/s/ Keith L. Phillips
_____
United States Bankruptcy Judge

Entered on Docket ___Apr 25 2014___

I ask for this:

_/s/ Jeanne E. Hovenden_____
Jeanne E. Hovenden, VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355, fax 804-796-6775
jehattorney@gmail.com


Jeanne E. Hovenden, VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355, fax 804-796-6775
jehattorney@gmail.com

Seen and agreed:


/s/ Carl M. Bates_____
Carl M. Bates, Esq.
Chapter 13 Trustee
P O Box 1819
Richmond VA 23218-1819



CERTIFICATE OF SERVICE

The undersigned hereby certifies that all necessary parties have endorsed this order.

   /s/ Jeanne E. Hovenden
Counsel for Debtor

Jeanne E. Hovenden, VSB 37249
P O Box 1839
Chesterfield VA 23832

Carl M. Bates, Esq.
Chapter 13 Trustee
P O Box 1819
Richmond VA 23218-1819

US Bank, N.A.
c/o Samuel I. Whjite, PC
1804 Staples Mill Road
Suite 200
Richmond VA 23230-3530

Sandra B. Tussing
134 13th SE
Auburn WA 98092

Jerry M. Tussing
10 W. Peabody Street
Staunton VA 24401


Jeanne E. Hovenden, VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355, fax 804-796-6775
jehattorney@gmail.com